

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-30599 |
| | § | |
| Debra Denese Williams, | § | CHAPTER 13 |
| | § | |
| Debtor. | § | |

ENTERED
05/27/2020

## ORDER GRANTING MOTION TO APPROVE COMPROMISE OR SETTLEMENT WITH MIDFIRST BANK

The Court has considered the *Motion to Approve Compromise or Settlement with MidFirst Bank* filed by counsel for debtor Debra Denese Williams on April 24, 2020. The Court finds that the compromise or settlement is fair and equitable. It is therefore

ORDERED that the Compromise, Settlement and Release Agreement filed on April 24, 2020 at ECF No. 36 is approved.

Signed: May 27, 2020

_____
Christopher Lopez
United States Bankruptcy Judge

Return to:

Nicholas M. Wajda
Wajda & Associates, APC
SBT 24106757
5430 Lyndon B. Johnson Fwy, Ste. 1200
Dallas, TX 75206
Tel: (214) 396-6008
Fax: (866) 286-843
Email: nick@recoverylawgroup.com
ATTORNEY FOR DEBTOR